To The Clerk of
Court of Criminal Appeal
Abel Acosta

Jan 2~
RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk

RE: 5-11-01640-CR Tony Arnett Williams v. The State of Texas
Trial Court No. F10-51510-J, PD 0244-14


This letter is of the utmost urgency, due to the least response
from your Court regarding the denial of Ext of time to file my
P.D.R. dated July 15 2014, in which your Court should be
aware, was filed within the 30 day period allowed by the
Rules of Court, from the direct Appeal Affirmation; There has
been no further correspondence from your Court, nor the Court of
Appeals in regards to this ext of time, Due to my being Pro Se,
and having a Capital charge, my Question to the Court, is
Does my AEDPA 1yr limitation begin from the last denial
your Court issued, due to the fact I filed in the appropriate
time of allowance for and ext to Doing Petition for discretionary
Review within the 30 days of the alloted dates of the P.D.R.
E My concerns is of great significance, because I intend on
pursueing my State and Federal Habeas Corpuses in the up and
Coming months, but I must be sure my time hasn't expired
in the Federal Habeas, which isn't my fought due to the
Courts Negligence, to answer the Ext of time to file
the P.D.R. within any Reasonable time frames in the my case
Enlight of this dilemma I Request your Court to protect my on
going rights as a Appellant, ex, by properly inform me of, is
what is the status of my Case in your Court, and what need
directions, I have these Concerns Revolving around my Case, here

Certificate of Service

This is to certify a true and correct copy of this Correspondence letter was Mailed On Jan 29, 2015, to the Clerk of Court of Criminal Appeal, Abel Acosta, thru U.S. Postal Mail from The George Beto Unit of T.D.C.J. and is to be shared a copy with All parties below, and involvement with this Case.

Dallas County
Acting District Attorney.

Court of Appeal Clerk
of The Fifth District
of Texas.

Respectfully Submitted
Tony A. Williams #1756354
Beto Unit 1391 Fm 3328
Tennessee Colony Tx 75880
Isl _Tony William_